# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA G. ESPIRITU, | Case No. 2:13-CV-02243-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| GILLESPIE, *et al.*, | (Dkt. #6) |
| Defendants. | |

On August 13, 2014, Magistrate Judge Foley entered a Report & Recommendation (Dkt. #6) recommending I close this case. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Foley's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #6) is accepted and the clerk of court is directed to close this case.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE